UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4380-GW-BFMx | Date | November 9, 2023 |
|---|---|---|---|
| Title | *Kimberly Frazier v. Edward F. Jirele* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 9, 2023, Plaintiff Kimberly Frazier filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for December 11, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on December 8, 2023.

                                                                                :

Initials of Preparer    JG